UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

LISA SHERMAN,

          Plaintiff,

vs.

STATE OF NEVADA, *et al.*,

          Defendants.

2:16-cv-01798-RFB-VCF

**MINUTE ORDER**

      Before the Court is Defendant's Individual Discovery Plan and Scheduling Order (ECF No. 18).

      Accordingly,

      IT IS HEREBY ORDERED that a discovery hearing is scheduled for 2:00 PM, April 21, 2017, in Courtroom 3D.

      Plaintiff Lisa Sherman must attend the hearing in person.

      DATED this 6th day of April, 2017.

                                                            CAM FERENBACH
                                                            UNITED STATES MAGISTRATE JUDGE