# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| LISA SHERMAN,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *et al.*,<br><br>        Defendants. | 2:16-cv-01798-RFB-VCF<br>**MINUTE ORDER** |

Before the Court is Plaintiff's Motion to Stay Discovery (ECF No. 20).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Plaintiff's Motion to Stay Discovery (ECF No. 20) is scheduled for 2:00 PM, April 21, 2017, in Courtroom 3D.

Plaintiff Lisa Sherman must attend the hearing in person.

DATED this 14th day of April, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE